JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CANDLEWOOD SQUARE, LLC, a California limited liability company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: CV 22-3062-GW-Ex<br><br>*Hon. George H. Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: May 9, 2022<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action is dismissed with prejudice in its entirety. Each party will be responsible for its own fees and costs. The court shall retain jurisdiction to enforce the settlement agreement.

Dated:  October 11, 2022

                                                                         _____
                                                                         Hon. George H. Wu
                                                                         United States District Judge